IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 17-299 |
| ) | |
| JAMES TARIC BYRD ) | |

## ORDER

AND NOW, this 9th day of August, 2019, upon consideration of the foregoing Motion to Transfer Defendant's Legal Papers, it is hereby ORDERED, ADJUDGED AND DECREED that said motion be and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that, consistent with prison policies and procedures, the U.S. Marshal Service and the Allegheny County Jail coordinate and execute the transfer of James Byrd's legal papers from the Allegheny County Jail to Mr. Byrd's custody at the institution where he is currently being housed, and that the paperwork be further transported in the event that Mr. Byrd is transported to another facility in connection with the proceedings in the above-captioned matter.

/s Cathy Bissoon
Cathy Bissoon
United States District Judge