IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 17-299 |
| | ) | |
| JAMES TARIC BYRD, | ) | Judge Cathy Bissoon |
| | ) | |
| Defendant. | ) | |

**ORDER**

    IT IS ORDERED that in accordance with this Court's Order dated August 9, 2019, (Doc. 84), all legal papers belonging to Mr. Byrd, whether in possession of the U.S. Marshal Service, at FMC Butner, or at any other facility, be transferred to Mr. Byrd at the Allegheny County Jail within five (5) days of this Order, consistent with the policies and procedures of the Allegheny County Jail.

    IT IS FURTHER ORDERED that counsel for the Government is responsible for serving this Order on the appropriate representatives at FMC Butner and the U.S. Marshal Service in the Western District of Pennsylvania to facilitate transfer of Mr. Byrd's legal papers.

    IT IS SO ORDERED.

November 4, 2019                                                          s/Cathy Bissoon
                                                                                 Cathy Bissoon
                                                                                 United States District Judge

cc (via ECF email notification):

All Counsel of Record